IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALONZO JAMES OATES,

      Plaintiff,

vs.                                         CASE NO. 5:09cv303/RS-MD

JACKSON COUNTY SHERIFF'S OFFICE,

      Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion To Dismiss (Doc. 10) is granted, and Plaintiff's claims against the Jackson County Sheriff's Office are dismissed with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on March 4, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**